IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: MARIA MCDONALD | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. | ) | |
| **Moving Party** | ) | Case No.: 17-15441 (AMC) |
| v. | ) | |
| | ) | **Hearing Date:  3-13-18 at 11:00 AM** |
| MARIA MCDONALD | ) | |
| HUGH MCDONALD | ) | |
| **Respondent(s)** | ) | 11 U.S.C. 362 |
| | ) | |
| WILLIAM C. MILLER | ) | 11 U.S.C. 1301 |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about April 13, 2018 in the above matter is APPROVED.

Dated:  **April 18, 2018**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE