# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15441-AMC

MARIA  MCDONALD

510 WILLIAM SALESBURY DRIVE

DOWNINGTOWN, PA 19335

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARIA  MCDONALD

    510 WILLIAM SALESBURY DRIVE

    DOWNINGTOWN, PA 19335

Counsel for debtor(s), by electronic notice only.

    MICHAEL G DEEGAN
    134 W KING ST

    MALVERN, PA 19355-

Date: 4/19/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee