**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARIA  MCDONALD | Chapter 13 |
| Debtor | Bankruptcy No. 17-15441-AMC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this ___25th___ day of ___June___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-


Debtor:
MARIA  MCDONALD

510 WILLIAM SALESBURY DRIVE

DOWNINGTOWN, PA 19335