United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 17-15441-amc
Maria McDonald                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2            Date Rcvd: Jun 25, 2018
                              Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db          +Maria McDonald,   510 William Salesbury Drive,   Downingtown, PA 19335-4108
NONE        +Karalis, PC,   1900 Spruce Street,   Philadelphia, Pa 19103-6605
cr          +Santander Consumer USA,   PO BOX 961245,   Fort Worth, TX 76161-0244
13965823    +Hugh McDonald,   510 William Salesbury Drive,   Downingtown, PA 19335-4108
13965825    +KML Law Group,   701 Market Street,   Suite 500,   Philadelphia, PA 19106-1538
13978274    +Matteo S. Weiner, Esquire,   KML Law Group, P.C.,   Atty for PNC Bank, National Assoc.,
              701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13965828    +PNC Bank,   Attn: Bankruptcy,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
13965827    +PNC Bank,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14012915    +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13965829     Santander Consumer USA,   PO Box 560284,   Attn: Bankruptcy,   Dallas, TX 75356-0284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 26 2018 02:14:52     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 02:14:19
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 26 2018 02:14:51     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14007673     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2018 02:28:36
              Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
              Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
13973324    +E-mail/Text: bankruptcy@bbandt.com Jun 26 2018 02:14:15     BB&T, Bankruptcy Section,
              PO Box 1847, 100-50-01-51,   Wilson, NC 27894-1847
13983522    +E-mail/Text: bankruptcy@flagshipcredit.com Jun 26 2018 02:14:46     Flagship Credit Acceptance,
              P.O. Box 3807,   Coppell, TX 75019-4354
13965824     E-mail/Text: cio.bncmail@irs.gov Jun 26 2018 02:14:14     Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
14000503     E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 26 2018 02:14:47     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13965826    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2018 02:14:19
              Pennsylvania Department of Revenue,   Department 280946,   Attn: Bankruptcy Division,
              Harrisburg, PA 17128-0001
14001735     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 26 2018 02:28:45     Verizon,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 10
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
NONE*       +Karalis, PC,   1900 Spruce Street,   Philadelphia, Pa 19103-6605
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              MICHAEL G. DEEGAN    on behalf of Debtor Maria   McDonald mgdeegan@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2          Date Rcvd: Jun 25, 2018
                              Form ID: pdf900           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                              TOTAL: 6

Case 17-15441-amc    Doc 40    Filed 06/27/18    Entered 06/28/18 01:02:49    Desc Imaged
Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARIA MCDONALD | Chapter 13 |
| Debtor | Bankruptcy No. 17-15441-AMC |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

  **AND NOW**, this \_\_25th\_\_ day of \_\_June\_\_, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

  **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL G DEEGAN
134 W KING ST

MALVERN, PA 19355-


Debtor:
MARIA MCDONALD

510 WILLIAM SALESBURY DRIVE

DOWNINGTOWN, PA 19335